CHARLES NEUKIRCH, Appellant, *v.* RUDOLPH KEPPLER, as President of the New York Stock Exchange, Respondent.

*Neukirch* v. *Keppler*, 56 App. Div. 225, affirmed.
(Argued February 19, 1903; decided March 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Simon W. Rosendale* and *George P. Hotaling* for appellant.

*Lewis Cass Ledyard* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ.

---

LAURA A. WEIANT, Respondent, *v.* THE ROCKLAND LAKE TRAP ROCK COMPANY et al., Appellants.

*Weiant* v. *Rockland Lake Trap Rock Co.*, 61 App. Div. 383, affirmed.
(Argued February 20, 1903; decided March 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 8, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and an order denying a motion for a new trial.

*Wilson Brown, Jr., Irving Brown* and *Frederick W. Penny* for appellants.

*William McCauley, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ. Absent: GRAY, J.